**FILED**
United States Court of Appeals
Tenth Circuit

**February 19, 2014**

**Elisabeth A. Shumaker**
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| MARY BISHOP, et al.,<br><br>    Plaintiffs - Appellees,<br><br>and<br><br>SUSAN G. BARTON, et al.,<br><br>    Plaintiffs - Appellees/Cross-<br>    Appellants,<br><br>v.<br><br>SALLY HOWE SMITH, in her official capacity as Court Clerk for Tulsa County, State of Oklahoma,<br><br>    Defendant - Appellant/Cross-<br>    Appellee,<br><br>and<br><br>UNITED STATES OF AMERICA, ex rel. ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States of America,<br><br>    Defendant.<br><br>---------------------------------<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, et al.,<br><br>    Intervenors-Defendants. | Nos. 14-5003 & 14-5006<br>(D.C. No. 4:04-CV-00848-TCK-TLW) |

_____

**ORDER**
_____

These matters are before the court on Mr. Duane Morley Cox's motion for leave to submit an amicus curiae brief out of time, as well as his motion to become an amicus party in these appeals. Upon consideration, and in light of the Joint Notice of Consent filed on January 30, 2014, both motions are granted. The proposed amicus curiae brief which Mr. Cox has submitted will be shown filed as of the date of this order.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk