UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 6, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

MARY BISHOP, et al.,

    Plaintiffs - Appellees,

and

SUSAN G. BARTON, et al.,

    Plaintiffs - Appellees/Cross-
    Appellants,

v.

SALLY HOWE SMITH, in her official capacity as Court Clerk for Tulsa County, State of Oklahoma,

    Defendant - Appellant/Cross-
    Appellee,

UNITED STATES OF AMERICA, ex rel. Eric H. Holder, Jr., in his official capacity as Attorney General of the United States of America,

    Defendant,

and

BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, et al.,

    Intervenor-Defendants.
-------------------------------
DAVID R. UPHAM, et al.,

    Amici Curiae.

Nos. 14-5003 & 14-5006

_____

## ORDER
_____

These matters are before the court on the appellees/cross-appellants' *Unopposed Motion for Leave to File an Enlarged Brief.* Upon consideration, and at the direction of the court, the request is granted. The appellees/cross-appellants may file a brief that is no more than 5,000 words above the usual maximum. *See* Fed. R. App. P. 28.1(e)(2)(B)(i). The brief remains due March 17, 2014.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk
